

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2015

No. 04-15-00290-CR

Jose Miguel Garcia **VILLAREAL,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 364138
Honorable Scott Roberts, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file their brief is GRANTED. We order the brief due on or before January 26, 2016. Appellant is advised that **no further extensions of time will be considered or granted without written proof of extraordinary circumstances.**

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court